# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| THE STATE OF MISSOURI, ex rel. ANDREW BAILEY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 4:24-CV-01063 |
| JOSEPH BIDEN, *et al.*, | ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING CONSENT TO CONSOLIDATE
## AND TO CORRECT CAPTION

Pursuant to Rule 42 of the Federal Rules of Civil Practice and Rule 4.03 of the local rules of the U.S. District Court for the Eastern District of Missouri, Plaintiff State of Missouri, by and through Missouri Attorney General Andrew Bailey, files this notice of the filing of Plaintiffs' consent to consolidate this case with the nearly identical, and lower numbered case, styled *Ashcroft v. Biden*, 4:24-cv-01062-SEP. A copy of the notice of consent and to correct caption is attached.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Jay Atkins*
Jay Atkins, First Assistant #61214(MO)
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-7890; Fax: (573) 751-0774
Jay.Atkins@ago.mo.gov

*/s/ Jeremiah J. Morgan*
Jeremiah J. Morgan, #50387
Deputy Attorney General – Civil
207 W. High Street
Jefferson City, MO 65101
Phone: (573) 291-1483; Fax: (573) 751-0774
Jeremiah.Morgan@ago.mo.gov

                                                **Counsel for the State of Missouri**

Case: 4:24-cv-01063-RWS   Doc. #:  6   Filed: 08/23/24   Page: 3 of 3 PageID #: 244